IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LARRY LEON MOORE,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-122 (MTT) |
| **City of MARSHALLVILLE GEORGIA,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

On May 23, 2014, the Court ordered the Plaintiff to show cause to the Court by June 13, 2014 as to why his case should not be dismissed for failure to file his recast complaint as directed by the Court in a previous Order. (Docs. 4, 5). The Plaintiff was warned that failure to comply with the Court's directive would result in an immediate dismissal. The Plaintiff did not respond to the Court's show cause Order. Accordingly, because the Plaintiff failed to respond, the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this the 20th day of June, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT