IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY LEON MOORE, | * |
| Plaintiff, | * |
| v. | Case No. 5:14-CV-122-MTT |
| | * |
| City of MARSHALLVILLE GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2014, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of June, 2014.

William E. Tanner, Clerk

s/ Amy N. Stapleton, Deputy Clerk